# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>CLIFFORD CUMMINGS,<br>  Defendant. | PO-19-5058-GF-JTJ<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Defendant is allowed to appear by telephone at his Bench Trial set for Thursday, October 3, 2019 at 9:00 a.m. The Defendant will contact the Clerk of Court's office to make arraignments for his telephonic appearance.

DATED this 30th day of September, 2019.

_____
John Johnston
United States Magistrate Judge

-1-