UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CLIFFORD CUMMINGS,<br><br>                Defendant. | PO-19-5058-GF-JTJ<br>Ticket Number: 6026771, 7353969 and 7353970<br>Location Code: M13<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

      The Defendant, Clifford Cummings, was present in court and entered a plea of guilty to the charges of: OUT OF BOUNDS CAMPING, STOP OR PARK ON ROADWAY, and UNSAFE OPERATIONS OF A MOTOR VEHICLE.

      The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

          1. Defendant must pay a fine in the amount of $100.00 plus $30.00 Special Assessment for OUT OF BOUNDS CAMPING, $30.00 Special Assessment for STOP OR PARK ON ROADWAY, and $300.00 plus $30.00 Special Assessment for UNSAFE OPERATIONS OF A MOTOR VEHICLE for a total of $490.00, Defendant must pay by check or money order payable to "U.S. COURTS—CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov . Monthly payments of $98.00 are due until the fine is paid

in full. The first payment is due on or before October 15, 2019.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: October 3, 2019.

DATED this 7th day of October, 2019.

_____
John Johnston
United States Magistrate Judge